# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TERRANCE KING,

              Petitioner,

    v.

ROBERT BURTON, Warden,

              Respondent.

Case No. 5:21-cv-00088-JAK-PD

**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATE MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Report, and the Supplemental Statement of Decision. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and the Supplemental Statement of Decision and adopts them as its own findings and conclusions. Accordingly, the Petition is dismissed with prejudice.

Further, for the reasons stated in the Report and the Supplemental Statement of Decision, the Court finds that Petitioner has not made a

1   substantial showing of the denial of a constitutional right, and therefore a

2   certificate of appealability is denied.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App.

3   P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

4

5   DATED: <u>November 18, 2021</u>

6

7                             JOHN A. KRONSTADT

8                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28