# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE KING,<br><br>          Petitioner,<br><br>     v.<br><br>ROBERT BURTON, Warden,<br><br>          Respondent. | Case No. 5:21-cv-00088-JAK-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 18, 2021.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE